# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09CR3528-H |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING SENTENCING HEARING DATE |
| OSCAR SALAZAR-RAMIREZ, [2] | ) | |
| Defendant. | ) | |

It is **ORDERED** that the sentencing hearing date in this case be continued from June 7, 2010, at 9:00 a.m., to **September 7, 2010, at 9:00** a.m.. The Court accepted the Defendant's guilty plea on March 30, 2010. The Defendant, Oscar Salazar-Ramirez is in custody.

IT IS SO ORDERED.

Dated: June 4, 2010

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT